SM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# SEVENTH CIRCUIT

| | |
|---|---|
| **TONY CHANEY,** **PLAINTIFF** | **CIVIL ACTION** **NO. 1:23-CV-03279** |
| **VERSUS** | **JUDGE: HARRY D. LEINENWEBER** |
| **CHICAGO HOUSING AUTHORITY, DEFENDANT** | |

## NOTICE OF MOTION

Pursuant to the Pursuant to the decision rendered by the Honorable Harry Leinenweber, plaintiff, Tony Chaney hereby moves to refile same case with the corrections as noted.

1. Plaintiff has identified and addressed the particular rights secured by the United States Constitution has been violated under 42 U.S.C. § 1983 by the defendant.
2. Plaintiff has identified the specific controversy between the parties that would warrant a declaratory judgment as originally sought and has is now in compliant with the recommendations submitted by the judge.

Plaintiff, Tony Chaney further moves this court for reconsideration along with his other pleadings for merit and consideration in this matter.

I Am,

*Tony Chaney* (signature)

Mr. Tony Chaney
P.O. Box 12621
Chicago, Illinois 60612
312-292-1202
tony_chaney@yahoo.com
Partially Admitted To California State Bar
#405880

**FILED**

JUN 21 2023  SC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT