ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Tony Chaney       ,

Plaintiff(s),

v.

Chicago Housing Authority        ,

Defendant(s).

Case No.  23 C 3279
Judge  Harry D. Leinenweber

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐       in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒       in favor of defendant(s) Chicago Housing Authority
and against plaintiff(s) Tony Chaney

.

Defendant(s) shall recover costs from plaintiff(s).

---

☐       other:

---

This action was *(check one)*:

☐ tried by a jury with Judge Harry D. Leinenweber presiding, and the jury has rendered a verdict.
☐ tried by Judge Harry D. Leinenweber without a jury and the above decision was reached.
☒ decided by Judge Harry D. Leinenweber on a motion.

Date:   1/23/2024

Thomas G. Bruton, Clerk of Court

Melanie A. Foster, Deputy Clerk